# FIRST DEPARTMENT, JANUARY, 1981

## (January 6, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR BURKE, Appellant. — Judgment, Supreme Court, Bronx County, rendered on May 23, 1979, unanimously affirmed, without prejudice to an application for resentence to the trial court. We note that the trial court denied the application for resentence because of the appeal pending in this court. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Birns, Sandler, Silverman and Bloom, JJ.

■ DOMINICK A. MARLETTA, Appellant, v BANKERS TRUST COMPANY et al., Defendants, and STEPHEN D. REYNOLDS, Respondent. — Judgment, Supreme Court, New York County, entered on June 16, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on June 2, 1980 is dismissed as subsumed in said judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Birns, Fein, Lupiano and Silverman, JJ.